UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
GREGORIO AQUINO on behalf of himself and
all other persons similarly situated,

                              Plaintiff,                        17 CV 02886 (JMA) (GRB)

  -against-

ROCCO IADEVAIA LANDSCAPE CONTRACTING      **NOTICE OF MOTION**
CORP. d/b/a JOSEPH IADEVAIA LANDSCAPE
CONTRACTING and ROCCO F. IADEVAIA,
 as an individual,

                              Defendants.
---------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Peter A. Romero, Esq. and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court on a date to be determined by the Court on a date and time to be determined by the Court, or as soon as counsel may be heard, before the Hon. Joan M. Azrack, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, for an Order: (1) granting preliminary approval of the proposed Stipulation of Settlement between Plaintiff and Defendants; (2) certifying the proposed class for settlement purposes; (3) appointing Plaintiff's counsel as Class Counsel; (4) approving the parties' proposed notice of settlement to the putative members of the class; (5) authorizing delivery of the proposed notice to the putative members of the class; (6) scheduling a Fairness Hearing to determine whether the proposed settlement is fair, reasonable and adequate; and (7) such other and further relief as the Court deems just and proper.

Dated: Hauppauge, New York
       June 28, 2018

                                      LAW OFFICE OF PETER A. ROMERO PLLC

                    By: _____
                                      Peter A. Romero, Esq.
                                      825 Veterans Highway, Suite B
                                      Hauppauge, New York 11788
                                      (631) 257-5588
                                      PRomero@RomeroLawNY.com


TO:   Law Office of Jonathan M. Kashimer, P.C.
        224 Nassau Blvd. South
        Garden City South, NY 11530
        516.538.7474
        www.kashimerlaw.com

2